CITY OF NEW YORK, Respondent, *v.* WILSON & Co., INC., Appellant.

Submitted July 7, 1938; decided October 4, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 86.)

EMMANUEL LEWIN, as Assignee of PIONEER LUMINOUS LIGHTS, INC., Respondent, *v.* JOSEPH S. ABRAMS, Trading as ABRAMS & Co., Appellant.

Submitted July 7, 1938; decided October 4, 1938.

*Robert J. Blum* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.